1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **DISTRICT OF NEVADA**

7

8 SCOTT JOHNSON, et al.,                          )
                                                 )      Case No. 2:13-cv-00641-MMD-NJK
9                        Plaintiffs,             )
                                                 )      **ORDER**
10 vs.                                           )
                                                 )      (Mtn for CM/ECF Access - Dkt. #5)
11 ALAN IKEDA, et al.,                           )
                                                 )
12                        Defendants.            )
                                                 )
13 ───────────────────────────────────────────── )

14         This matter is before the court on Plaintiff Christine Johnson's E-Filing (Electronic) Request

15 (Dkt. #5).  Plaintiff Christine Johnson requests the court allow her to use the court's CM/ECF system in

16 order to file, access, and electronically serve documents in this case. Johnson also states she is

17 "representing herself, Scott Allen Johnson, Chad Allen Johnson, and deceased son, Derek Johnson,"

18 and requests for the Court to give all the Plaintiffs the right to file electronically.

19         "It is well established that the privilege to represent oneself *pro se* provided by § 1654 is

20 personal to the litigant and does not extend to other parties or entities. *Simon v. Hartford Life, Inc.*, 546

21 F.3d 661, 664 (9th Cir. 2008)*; citing McShane v. United States,* 366 F.2d 286, 288 (9th Cir.1966)

22 (citation omitted). Thus, Johnson does not and cannot represent the other Plaintiffs in this case nor can

23 she bring a motion on their behalf. Accordingly, to the extent that Johnson requests that the other

24 Plaintiffs in this case be allowed access to the court's CM/ECF system, her request is denied.

25         Having reviewed and considered the matter, and good cause appearing,

26         **IT IS ORDERED** that Plaintiff Christine Johnson's Motion for CM/ECF Access (Dkt. #5) is

27 GRANTED in part and DENIED in part;

28 ...

1          **IT IS FURTHER ORDERED** that to the extent that Plaintiff Christine Johnson is requesting

2    the Court allow her to use the court's CM/ECF system, the Plaintiff's Motion is GRANTED;

3          **IT IS FURTHER ORDERED** that to the extent that Plaintiff Christine Johnson is requesting

4    the Court allow her co-plaintiffs to use the court's CM/ECF system, the Plaintiff's Motion is DENIED.

5          Plaintiff  Christine Johnson must comply with the following procedures in order to activate her

6    CM/ECF account:

7          a.      On or before **June 6, 2013,** Plaintiff must provide certification that she has completed

8                  the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices,

9                  and the Civil & Criminal Events Menu that are accessible on this court's website,

10                 www.nvd.uscourts.gov.

11         b.      Plaintiff is not authorized to file electronically unless the certification is filed with the

12                 court within the time frame specified.

13         c.      Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the

14                 CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

15         Dated this 6th day of May, 2013.

16

17    _____

18                 NANCY J. KOPPE

19                 UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28