UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SCOTT JOHNSON, et al.,
)
             Plaintiffs,
)   Case No. 2:13-cv-00641-MMD-NJK
)
vs.
)   ORDER
)
JONATHAN BERNSTEIN, et al.,
)
             Defendants.
)

Pending before the Court is Plaintiff's Request for Extension to Respond. Docket No. 96. Plaintiff asks that she be granted an unspecified amount of time to respond to the following Motions:

<u>Docket No. 71</u> (Motion to Quash Service of Process by Defendant Bernstein)
<u>Docket No. 73</u> (Motion to Dismiss by Defendant Bernstein)
<u>Docket No. 76</u> (Motion to Dismiss by Defendant Alan Ikeda)
<u>Docket No. 81</u> (Motion to Quash Service of Process by Defendants Jonathan Bernstein, M.D. Ltd. dba Children's Specialty Center of Nevada, et. al.)
<u>Docket No. 82</u> (First Motion to Dismiss by Defendant St. Rose Dominican Hospital Siena Campus)
<u>Docket No. 87</u> (Motion to Dismiss by Defendant Mary Warren)

*See* Docket No. 96, at 2.[1]

---

[1] The Court concurrently issues today a Report and Recommendation construing Plaintiff's Non-Opposition to Motion to Quash Improper Service Attempt and Motion to Dismiss for Failure to State a Claim, Docket No. 82, as a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A). Accordingly, Plaintiff need not respond to the Motions proffered by nominal Defendant Scheidler (Docket Nos. 78 and 79).

1  Plaintiff's Motion is **GRANTED**. Plaintiff shall have until June 7, 2014, to respond to Docket Nos. 71, 73, 76, 81, 82 and 87.

2  IT IS SO ORDERED.

3  DATED: May 7, 2014.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE