# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT JOHNSON, et al., | ) |
| Plaintiffs, | ) Case No. 2:13-cv-00641-MMD-NJK |
| vs. | ) ORDER |
| | ) (Docket No. 107) |
| JONATHAN BERNSTEIN, et al., | ) |
| Defendants. | ) |

Pending before the Court is Defendant Sunrise Hospital and Medical Center, LLC's Motion to Strike Plaintiff's Surreply as Improper Pleading. Docket No. 107. The motion asks that the Court strike Plaintiff Christine Johnson's filing at Docket No. 99 as an improper surreply. *Id*. Plaintiff's response was due on May 26, 2014. *Id*. To date, no response has been filed opposing the motion. Accordingly, the motion may be granted as unopposed. *See* Local Rule 7-2(d). Additionally, the Court has reviewed the motion and finds good cause to grant it.[1] Since the motion is unopposed and for good cause shown, the motion to strike Plaintiff's surreply is hereby **GRANTED**. The Clerk shall strike the filing at Docket No. 99.

IT IS SO ORDERED.

DATED: June 19, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Local Rule 7-2(a-c) contemplates the filing of a motion, response, and reply. Plaintiff has not filed a motion for leave to file a surreply, nor has the Court requested one.