1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**
9                              **DISTRICT OF NEVADA**
10
11   SCOTT JOHNSON, et al.,                    )
                                              )       Case No. 2:13-cv-00641-MMD-NJK
                                 Plaintiffs,   )
12                                            )       ORDER
     vs.                                      )
13                                            )
     JONATHAN BERNSTEIN, et al.,              )
14                                            )
                                 Defendants.  )
15   _____)
16           Pending before the Court is an order for the Plaintiffs to show cause related to their failure to
17   timely file a proposed joint proposed discovery plan.  Docket No. 127.  The Court has reviewed
18   Plaintiff Christine Johnson's Response and Defendant Alan Ikeda's Declaration, Docket Nos. 128, 129,
19   and hereby **DISCHARGES** the order to show cause.
20           IT IS SO ORDERED.
21           DATED: July 11, 2014.
22
23
24                                            _____
                                             NANCY J. KOPPE
25                                           UNITED STATES MAGISTRATE JUDGE
26
27
28