# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT JOHNSON, et al., ) | |
| ) | |
| Plaintiff(s), ) | Case No. 2:13-cv-00641-RFB-NJK |
| ) | |
| vs. ) | ORDER |
| ) | |
| JONATHAN BERNSTEIN, et al., ) | (Docket No. 144) |
| ) | |
| Defendant(s). ) | |

Pending before the Court is Defendant's motion to continue discovery deadlines, filed on November 4, 2014. Docket No. 144. Defendant Dignity Health requests a 90-day extension of the discovery deadlines. *Id.*, at 6-8. Specifically, Defendant Dignity Health proposes the following discovery schedule:

| | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| 1. Amend pleadings: | November 13, 2014[1] | February 11, 2015 |
| 2. Initial expert disclosures: | November 13, 2014[2] | February 11, 2015 |
| 3. Rebuttal expert disclosures: | December 15, 2014 | March 16, 2015 |
| 4. Discovery: | January 14, 2015 | April 14, 2015 |
| 5. Dispositive motions: | February 16, 2015 | May 18, 2015 |
| 6. Joint pre-trial order: | March 16, 2014 | June 15, 2015 |

---

[1] The pending motion was filed less than 21 days before the expiration of this deadline.

[2] The pending motion was filed less than 21 days before the expiration of this deadline.

1        On November 7, 2014, the Court entered an order requiring Defendant Dignity Health to file a notice of all the parties' positions on the pending motion to continue discovery deadlines. Docket No. 145, at 3. Defendant Dignity Health filed the notice of all the parties' positions on November 12, 2014. Docket No. 146. According to the notice, Plaintiffs agree to the continuance as long as the Report and Recommendation is adopted, *id.*, at 3, Defendant Jonathan Bernstein thinks the case is currently stayed, *id.*, at 3-4, and the remaining Defendants agree to the extension, *id.*, at 3-4.

Based on the foregoing,

**IT IS HEREBY ORDERED** that the deadlines to amend the pleadings and for initial expert disclosures are temporarily extended from November 13, 2014, to November 20, 2014.

**IT IS FURTHER ORDERED** that the parties that oppose or conditionally agree to Defendant's motion to continue discovery deadlines (Docket No. 144) shall file responsive briefing no later than November 17, 2014. The responsive briefing cannot rely on the adoption/rejection/modification of the Report and Recommendation (Docket No. 133) or the incorrect premise that the case is stayed until the Report and Recommendation is ruled on.

DATED: November 13, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge