| | |
|---|---|
| 1 | DANIEL B. HEIDTKE (SBN 12975) |
| 2 | DUANE MORRIS LLP<br>100 N. City Parkway, Suite 1560 |
| 3 | Las Vegas, NV  89106<br>Telephone: 415.957.3179 |
| 4 | Facsimile:  702.974.1058<br>Email:  dbheidtke@duanemorris.com |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT JOHNSON, CHRISTINE JOHNSON, CHAD JOHNSON, Christine Johnson Representing Derek Bryce Johnson Decedent,<br><br>Plaintiffs,<br><br>vs.<br><br>JONATHAN BERNSTEIN, et al.,<br><br>Defendants. | Case No.:  2:13-cv-00641-RFB-NJK<br><br>MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE;<br><br>AND ORDER |

Daniel B. Heidtke, of Duane Morris LLP, brings this Motion to Remove Counsel from CM/ECF Service List and Request for Discontinuance of Notice.  I was formerly an associate with Lewis Brisbois Bisgaard & Smith LLP, which represents Defendant St. Rose Dominican Hospital Siena Campus ("St. Rose") in this matter.  I am now employed at Duane Morris LLP, and have no involvement in the above-referenced matter.  It is no longer necessary for me to receive further CM/ECF notices for this matter as I no longer represent St. Rose.  Therefore, I respectfully request that my name be removed from the CM/ECF service list.

Dated: February 25, 2016              DUANE MORRIS LLP

By:  /s/  Daniel B. Heidtke
     Daniel B. Heidtke (SBN 12975)

IT IS SO **ORDERED** this 26th day of February, 2016.

_____
United States Magistrate Judge