V. ANDREW CASS
Nevada Bar No. 05246
    E-Mail: drew.cass@lewisbrisbois.com
KEITH A. WEAVER
Nevada Bar No. 010271
    E-Mail: keith.weaver@lewisbrisbois.com
DANIELLE WOODRUM
Nevada Bar No. 12902
    E-Mail: danielle.woodrum@lewisbrisbois.com
TRAVIS F. CHANCE
Nevada Bar No. 13800
    E-Mail: travis.chance@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant St. Rose Dominican Hospital Siena Campus d/b/a Catholic Healthcare West*

UNTIED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT JOHNSON, CHRISTINE JOHNSON, CHAD JOHNSON Christine Johnson Representing Derek Bryce Johnson Decedent,<br><br>Plaintiffs,<br><br>vs.<br><br>JONATHAN BERNSTEIN, ALAN IKEDA, JENNIFER BUITRAGO-IKEDA, WENDY DAHL, ANNETTE LOGAN, SAMUEL ESPARZA JEREMY LOGAN, MARY WARREN d/b/a CHILDREN'S SPECIALTY CENTER OF NEVADA; JONATHAN BERNSTEIN, LTD., NDHINA NHLANE, LISA JOHNSON, FARAZ NOROZIAN, CHARLES HUGHES, MARC O'CONNOR, SUNRISE HOSPITAL AND MEDICAL CENTER LLC, ST. ROSE DOMINICAN HOSPITAL SIENA CAMPUS d/b/a CATHOLIC HEALTHCARE WEST, MICHAEL SCHEIDLER, ROBERT KNOBLOCK OF LABORATORY MEDICAL CONSULTANTS, LTD; THODORE MOORE, BERKLEY BROWN d/b/a UCLA DEPT. OF PEDIATRICS GRP PRACTICE AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, UCLA LOS ANGELES CHILDREN'S MATTEL , | CASE NO. 2:13-cv-00641-RFB-NJK<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE AND ORDER** |

4828-1083-7309.1

SUMMERLIN HOSPITAL MEDICAL CENTER, LLC, That treated and/or received ANY compensation of Derek Bryce Johnson from December 15, 2008 thru December 6, 2011, at 6:35 p.m. PST, Death.

          Defendants.

## MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE AND ORDER

Attorney V. Andrew Cass of LEWIS BRISBOIS BISGAARD & SMITH LLP, brings this Motion to Remove Counsel from CM/ECF Service List and Request for Discontinuance of Notice. Keith A. Weaver is now lead counsel on this case.

Therefore, I respectfully request that my name be removed from the CM/ECF service list.

DATED this 5th day of December, 2016

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/  V. Andrew Cass
V. ANDREW CASS
Nevada Bar No. 05246
KEITH A. WEAVER
Nevada Bar No. 10271
DANIELLE WOODRUM
Nevada Bar No. 12902
TRAVIS F. CHANCE
Nevada Bar No. 13800
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
*Attorneys for Defendant St. Rose Dominican Hospital Siena Campus d/b/a Catholic Healthcare West*

IT IS SO ORDERED this  6th  day of December, 2016

_____
UNITED STATES MAGISTRATE JUDGE

4828-1083-7309.1

2