KEITH A. WEAVER
Nevada Bar No. 010271
    E-Mail: keith.weaver@lewisbrisbois.com
DANIELLE WOODRUM
Nevada Bar No. 12902
    E-Mail: danielle.woodrum@lewisbrisbois.com
TRAVIS F. CHANCE
Nevada Bar No. 13800
    E-Mail: travis.chance@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant St. Rose Dominican Hospital Siena Campus d/b/a Catholic Healthcare West*

UNTIED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT JOHNSON, CHRISTINE JOHNSON, CHAD JOHNSON Christine Johnson Representing Derek Bryce Johnson Decedent,<br><br>Plaintiffs,<br><br>vs.<br><br>JONATHAN BERNSTEIN, ALAN IKEDA, JENNIFER BUITRAGO-IKEDA, WENDY DAHL, ANNETTE LOGAN, SAMUEL ESPARZA JEREMY LOGAN, MARY WARREN d/b/a CHILDREN'S SPECIALTY CENTER OF NEVADA; JONATHAN BERNSTEIN, LTD., NDHINA NHLANE, LISA JOHNSON, FARAZ NOROZIAN, CHARLES HUGHES, MARC O'CONNOR, SUNRISE HOSPITAL AND MEDICAL CENTER LLC, ST. ROSE DOMINICAN HOSPITAL SIENA CAMPUS d/b/a CATHOLIC HEALTHCARE WEST, MICHAEL SCHEIDLER, ROBERT KNOBLOCK OF LABORATORY MEDICAL CONSULTANTS, LTD; THODORE MOORE, BERKLEY BROWN d/b/a UCLA DEPT. OF PEDIATRICS GRP PRACTICE AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, UCLA LOS ANGELES CHILDREN'S MATTEL , SUMMERLIN HOSPITAL MEDICAL CENTER, LLC, That treated and/or received ANY compensation of Derek | CASE NO. 2:13-cv-00641-RFB-NJK<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE AND ORDER** |

4822-5214-0352.1

1 | Bryce Johnson from December 15, 2008 thru December 6, 2011, at 6:35 p.m. PST, Death.
2 |
3 |            Defendants.

### MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE AND ORDER

Attorney Travis F. Chance, of LEWIS BRISBOIS BISGAARD & SMITH LLP, brings this Motion to Remove Counsel from CM/ECF Service List and Request for Discontinuance of Notice, as his last day of employment with LEWIS BRISBOIS BISGAARD & SMITH LLP is January 17, 2017.

Therefore, the undersigned respectfully requests that his name be removed from the CM/ECF service list for this case.

DATED this 17th day of January, 2017.

                                    LEWIS BRISBOIS BISGAARD & SMITH LLP

                                    By      /s/ Travis F. Chance
                                    KEITH A. WEAVER
                                    Nevada Bar No. 10271
                                    DANIELLE WOODRUM
                                    Nevada Bar No. 12902
                                    TRAVIS F. CHANCE
                                    Nevada Bar No. 13800
                                    6385 S. Rainbow Boulevard, Suite 600
                                    Las Vegas, Nevada 89118
                                    Tel. 702.893.3383
                                    *Attorneys for Defendant St. Rose Dominican Hospital Siena Campus d/b/a Catholic Healthcare West*

IT IS SO ORDERED this 18th day of January, 2017

_____
UNITED STATES MAGISTRATE JUDGE

4822-5214-0352.1                                  2