Anthony D. Lauria, Nevada State Bar No. 4114
Paul A. Cardinale, Nevada State Bar No. 8394
LAURIA TOKUNAGA GATES & LINN, LLP
601 South Seventh Street
Las Vegas, NV  89101
Tel: (702) 387-8633
Fax: (702) 387-8635
Email:  alauria@ltglaw.net
Email:  pcardinale@ltglaw.net

Attorneys for Defendants
Jonathan Bernstein, M.D., Ltd. dba
Children's Specialty Center of Nevada,
Annette Logan, and Jeremy Logan

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE JOHNSON, Pro se litigant, | CASE NO.  2:13-CV-00641-RFB-NJK |
| Plaintiff, | |
| vs. | MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE AND ORDER |
| JONATHAN BERNSTEIN, M.D., et al., | |
| Defendants. | |

**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST FOR**

**DISCONTINUATION OF NOTICE AND ORDER**

Anthony D. Lauria, of Lauria Tokunaga Gates & Linn, LLP, brings this Motion to Remove Counsel from CM/ECF Service List and Request for Discontinuance of Notice.  Kimberly L. Johnson was formerly an associate with Lauria Tokunaga Gates & Linn LLP, which represents Defendants, JONATHAN BERNSTEIN, M.D., LTD. dba CHILDREN'S SPECIALTY CENTER OF NEVADA, ANNETTE LOGAN, AND JEREMY LOGAN in this matter.  Ms. Johnson is no longer employed with Lauria Tokunaga Gates & Linn, LLP and has no involvement in the above-

1  referenced matter.  It is no longer necessary for Ms. Johnson to receive further CM/ECF notices
2  for this matter.
3        Therefore, I respectfully request that Kimberly L. Johnson's name be removed from the
4  CM/ECF service list.

5  Dated:  March 22, 2017                 LAURIA TOKUNAGA GATES & LINN, LLP

By: _/s/ Anthony D. Lauria_
ANTHONY D. LAURIA
    Nevada Bar No. 4114
601 South Seventh Street
Las Vegas, NV  89101
Tel: (702) 387-8633
Fax: (702) 387-8635
Attorneys for Defendants Jonathan Bernstein, M.D.,
Ltd. dba Children's Specialty Center of Nevada,
Annette Logan, and Jeremy Logan

**IT IS SO ORDERED** this  23rd  day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE