ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
GORDON & REES LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct: (702) 577-9301
Facsimile: (702) 255-2858
E-Mail: rlarsen@gordonrees.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE JOHNSON,<br><br>    Plaintiff in Pro Per,<br><br>vs.<br><br>BERNSTEIN, et al.,<br><br>    Defendants. | Case No.: 2:13-cv-00641-RFB-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

Pursuant to Local Rule IA 11-6, Robert S. Larsen, Esq., Co-Managing Partner of GORDON & REES LLP, respectfully moves the court for an order removing attorney Joan C. Foy, Esq. (Nevada Bar No. 9804), former email addresses jfoymailto:@gordonrees.com and ifraga@gordonrees.com from the electronic service list and granting Ms. Foy's withdrawal as co-counsel for Defendant St. Rose Dominican Hospital Siena Campus. Attorney Foy is no longer with the law firm of GORDON & REES LLP, and has not been with GORDON & REES LLP for several years. Gordon & Rees and Ms. Foy do not appear to have been involved in this case for quite some time. Ms. Foy's withdrawal will not delay these proceedings because LEWIS BRISBOIS BISGAARD & SMITH LLP will remain counsel for Defendant St. Rose Dominican Hospital Siena Campus.

/ / /

/ / /

/ / /

/ / /

-1-

Accordingly, there is good cause to justify granting Ms. Foy's withdrawal and removal from the electronic service list in this case.

DATED this 24th day of April, 2017.

                                      GORDON & REES, LLP

                                      */s/ Robert S. Larsen*
                                      Robert S. Larsen, Esq.
                                      Nevada Bar No. 7785
                                      300 South Fourth Street, Suite 1550
                                      Las Vegas, Nevada 89101

IT IS SO ORDERED.

Dated: April 25, 2017

                                      _____
                                      NANCY J. KOPPE
                                      United States Magistrate Judge