ROBERT L. McKENNA III, ESQ.
NEVADA BAR NO.: 8853
ROBERT C. MCBRIDE, ESQ.
NEVADA BAR NO.: 7082
KEVIN LAZAR, ESQ.
NEVADA BAR NO. 9610
CARROLL, KELLY, TROTTER,
FRANZEN, McKENNA & PEABODY
8329 W. Sunset Road, Suite 260
Las Vegas, Nevada 89113
Telephone No. (702) 792-5855
Facsimile No. (702) 796-5855
Attorneys for Defendants
THEODORE MOORE, BERKLEY BROWN
d/b/a UCLA DEPT. OF PEDIATRICS GRP
PRACTICE AND THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA, UCLA LOS
ANGELES CHILDREN'S MATTEL

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SCOTT JOHNSON, CHRISTINE JOHNSON; CHAD JOHNSON; CHRISTINE JOHNSON, REPRESENTING DEREK BRYCE JOHNSON, DECEASED,<br><br>Plaintiffs,<br><br>vs.<br><br>JONATHAN BERNSTEIN; ALAN IKEDA; JENNIFER BUITRAGO-IKEDA; WENDY DAHL; ANNETTE LOGAN; SAMUEL ESPARZA; JEREMY LOGAN; MARY WARREN, d/b/a CHILDREN'S SPECIALTY CENTER OF NEVADA; JONATHAN BERNSTEIN, LTD.; NDHINA NHLANE; LISA JOHNSON; FARAZ NOROZIAN; CHARLES HUGHES; MARC O'CONNOR; SUNRISE HOSPITAL AND MEDICAL CENTER LLC; ST. ROSE DOMINICAN HOSPITAL SIENA CAMPUS d/b/a CATHOLIC HEALTHCARE WEST; MICHAEL SCHEIDLER, ROBERT KNOBLOCK OF LABORATORY MEDICAL CONSULTANTS, LTD; THEODORE MOORE, BERKLEY BROWN d/b/a UCLA DEPT. OF PEDIATRICS GRP | CASE NO. 2:13-cv-00641-RFB-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

| | |
|---|---|
| 1 | PRACTICE and The REGENTS OF THE UNIVERSITY OF CALIFORNIA, UCLA LOS ANGELES CHILDREN'S MATTEL; SUMMERLIN HOSPITAL MEDICAL CENTER LC; that treated and/or received any compensation of Derek Bryce Johnson from December 15, 2008 thru December 6, 2011 at 6:35 PM PST, Death, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |

**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST**

Pursuant to Local Rule IA 11-6, Robert McKenna, III, Esq. and Robert C. McBride, Esq., co-managing partners of CARROLL, KELLY, TROTTER, FRANZEN, MCKENNA & PEABODY, respectfully move the court for an order removing attorneys, Robert McKenna, III, Esq., Robert C. McBride, Esq. and Kevin Lazar, Esq. of CARROLL, KELLY, TROTTER, FRANZEN, MCKENNA & PEABODY from the electronic service list. Carroll, Kelly, Trotter, Franzen, McKenna & Peabody have not been involved in this case for quite some time, since Defendants THEODORE MOORE, BERKLEY BROWN d/b/a UCLA DEPT. OF PEDIATRICS GRP PRACTICE AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, UCLA LOS ANGELES CHILDREN'S MATTEL's Motion to Dismiss was granted by the Court on January 27, 2016. Carroll, Kelly, Trotter, Franzen, McKenna & Peabody's withdrawal will not delay these proceedings because Defendants THEODORE MOORE, BERKLEY BROWN d/b/a UCLA DEPT. OF PEDIATRICS GRP PRACTICE AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, UCLA LOS ANGELES CHILDREN'S MATTEL are no longer involved in this case.

/ / /

Accordingly, there is good cause to justify granting Carroll, Kelly, Trotter, Franzen, McKenna & Peabody's withdrawal and removal from the electronic service list in this case.

Dated this 7th day of July, 2017.

                            CARROLL, KELLY, TROTTER, FRANZEN, McKENNA & PEABODY

                            By:    */s/ Robert C. McBride*
                               ROBERT L. McKENNA III, ESQ.
                               Nevada Bar No.: 8853
                               ROBERT C. MCBRIDE, ESQ.
                               NEVADA BAR NO.: 7082
                               KEVIN LAZAR, ESQ.
                               NEVADA BAR NO. 9610
                               8329 W. Sunset Road, Suite 260
                               Las Vegas, Nevada 89113
                               Attorneys for Defendants
                               THEODORE MOORE, BERKLEY BROWN d/b/a UCLA DEPT. OF PEDIATRICS GRP PRACTICE AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, UCLA LOS ANGELES CHILDREN'S MATTEL

IT IS SO ORDERED.
Dated: July 10, 2017

_____
United States Magistrate Judge