1 KEITH A. WEAVER
Nevada Bar No. 010271
2  E-Mail: Keith.Weaver@lewisbrisbois.com
DANIELLE WOODRUM
3 Nevada Bar No. 12902
 E-Mail: Danielle.Woodrum@lewisbrisbois.com
4 TRENT M. DEBRAGA
Nevada Bar No. 14186
5  E-Mail: Trent.deBraga@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
6 Las Vegas, Nevada 89118
702.893.3383
7 FAX: 702.893.3789
*Attorneys for Defendant Dignity Health f/k/a*
8 *Catholic Healthcare West d/b/a St. Rose*
*Dominican Hospital Siena Campus*
9

UNTIED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE JOHNSON,<br><br>         Plaintiffs,<br><br>    vs.<br><br>JONATHAN BERNSTEIN, et al.<br><br>         Defendants. | CASE NO. 2:13-cv-00641-RFB-NJK<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE AND ORDER** |

Attorney Keith A. Weaver, of LEWIS BRISBOIS BISGAARD & SMITH LLP, brings this Motion to Remove Counsel, Janice J. Parker, from CM/ECF Service/Mailing List and Request for Discontinuance of Notice, as her last day of employment with LEWIS BRISBOIS BISGAARD & SMITH LLP was May 30, 2017.

/ / /

/ / /

/ / /

/ / /

4817-5408-7500.1

1     Therefore, the undersigned respectfully requests that Ms. Parker's name be removed from the CM/ECF Service/Mailing List for this case.

    DATED this 24th day of July, 2017

                             LEWIS BRISBOIS BISGAARD & SMITH LLP

                             By    /s/ *Keith A. Weaver*
                                   KEITH A. WEAVER
                                   Nevada Bar No. 10271
                                   DANIELLE WOODRUM
                                   Nevada Bar No. 12902
                                   TRENT M. DEBRAGA
                                   Nevada Bar No. 14186
                                   6385 S. Rainbow Boulevard, Suite 600
                                   Las Vegas, Nevada 89118
                                   Tel. 702.893.3383
                                   *Attorneys for Defendant Dignity Health f/k/a Catholic Healthcare West d/b/a St. Rose Dominican Hospital Siena Campus*

    IT IS SO ORDERED this 24th day of July, 2017

                                   _____
                                   UNITED STATES MAGISTRATE JUDGE

4817-5408-7500.1                    2